No. 92–8547. HARRIS *v.* CITIBANK, N. A., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1314. MARYLAND *v.* DARDEN. Ct. Sp. App. Md. Certiorari denied. JUSTICE WHITE and JUSTICE THOMAS would grant certiorari.

No. 92–1391. EATON *v.* NEWPORT BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–1636. BOWMAN *v.* WESTERN AUTO SUPPLY ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–5789. MARTIN *v.* KYNARD ET AL., 506 U. S. 960;
No. 92–7401. ESNAULT *v.* COLORADO ET AL., 507 U. S. 994;
No. 92–7774. ECHOLS *v.* THOMAS, WARDEN, 507 U. S. 1045;
No. 92–7780. PEABODY *v.* CITY OF PHOENIX ET AL., 507 U. S. 1038; and
No. 92–7813. NGUYEN *v.* UNITED STATES, 507 U. S. 1053. Petitions for rehearing denied.

JUNE 7, 1993

No. 92–1296. UNITED STATES *v.* MELCHER, ACTING DIRECTOR OF REVENUE OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Texas,* 507 U. S. 529 (1993).

No. 92–1297. MELCHER, ACTING DIRECTOR OF REVENUE OF MISSOURI, ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *California,* 507 U. S. 746 (1993).

No. 92–1566. MCI TELECOMMUNICATIONS CORP. *v.* CREDIT BUILDERS OF AMERICA, INC. C. A. 5th Cir. Certiorari granted,